[No. 53669-9-I.  Division One.  October 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 03-1-00205-5, Alan R. Hancock, J., entered December 17, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Coleman, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 53995-7-I.  Division One.  October 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JAMES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10091-5, Sharon S. Armstrong, J., entered February 24, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54290-7-I.  Division One.  October 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN TYME WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02766-5, Richard McDermott, J., entered May 17, 2004. *Reversed* by unpublished per curiam opinion.